# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ANN HEARD,<br><br>         Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>         Defendant. | Case No.: 1:19-cv-01626 NONE JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE<br>(Doc. 22) |

The parties indicate that they have exchanged settlement offers, and they are at an impasse. (Doc. 22) They do not believe the case is amenable to a settlement conference now. Id. They wish to delay the settlement conference to allow them to discuss whether private mediation would be helpful. Id. Thus, the Court **ORDERS**:

    1.    The settlement conference is CONTINUED to March 23[1], 2021 at 1:00 p.m.

IT IS SO ORDERED.

    Dated:   **February 1, 2021**            **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The date proposed by counsel, March 22, is not available to the Court. If March 23 does not work, they may select another date, tough they should clear it with the Court's Courtroom Deputy Clerk.