# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ANN HEARD,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART INC.,<br><br>  Defendant. | Case No.: 1:19-cv-01626 NONE JLT<br><br>ORDER AFTER INFORMAL DISCOVERY CONFERENCE<br>(Doc. 24) |

At the request of the defense, the Court held an informal discovery conference. (Doc 24) During the conference, counsel agreed:

1. The deposition of the plaintiff **SHALL** occur remotely on **April 8, 2021** at 10:00 a.m. Defense counsel will send a deposition notice by the end of the day today;

2. The deposition of two former employees **SHALL** occur remotely on **April 13, 2021**. The defense **SHALL** confirm whether counsel is authorized to accept the deposition subpoenas on behalf of the deponents and will either tell plaintiff's counsel this or provide last known contact information for the former employees, **no later than March 12, 2021**;

3. The deposition of the entity will occur remotely on **March 19, 2021**. Plaintiff's counsel **SHALL** provide a deposition notice setting forth the deposition topics **no later than March 12, 2021**;

1

4. **No later than the close of business on March 9, 2021**, plaintiff's counsel **SHALL** notify the defense attorney whether any of the proposed mediators are acceptable. If none are, plaintiff's counsel **SHALL** propose four alternative mediators. **No later than March 12, 2021**, the defense counsel **SHALL** notify the plaintiff's counsel if any of the proposed mediators are acceptable. If none are, each side **SHALL** designate one of their own proposed mediators who will work with the opponent's designee to select the mediator. The parties **SHALL** pay the designees for the time spent in this effort. **No later than April 5, 2021**, counsel **SHALL** file a joint report indicating who the mediator will be and the date on which the mediation will proceed.

**Because all of the case deadlines have passed, the Court will not entertain any further discovery disputes, except if the deadlines set here are not met, the Court will entertain a motion for sanctions.**

IT IS SO ORDERED.

Dated:   **March 8, 2021**                       **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE