1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

CRYSTAL ANN HEARD,

Case No. 1:19-cv-01626-JLT-CDB

12

Plaintiff,

ORDER REQUIRING THE PARTIES TO FILE A
JOINT STATUS REPORT

13

v.

14

WALMART, INC.

**FIVE-DAY DEADLINE**

15

Defendant.

16
17
18

On November 13, 2019, Defendant Walmart, Inc. ("Defendant") removed this action filed in

19

Kern County Superior Court by Plaintiff Crystal Ann Heard ("Plaintiff").  (Doc. 1).  On December

20

21, 2022, the parties filed a joint status report.  (Doc. 53).  The parties represented they participated in

21

a mediation and would submit a further status report by January 11, 2023, as to whether or not the

22

parties have reached settlement.  *Id*. at 2.

23

The following day, on December 22, 2022, the Court ordered the parties to identify to the

24

Court dates of mutual availability for a pretrial conference and trial in the event the matter did not

25

settle by January 11, 2023.  (Doc. 54).  The parties have yet to file a joint status report.

26

Accordingly, IT IS HEREBY ORDRED, the parties shall file a joint status report by February

27

7, 2023, providing an update on the status of mediation and this action.  If the parties are not prepared

28

by that date to file dispositional documents, the parties shall identify in their joint status report

1

1    mutually agreeable dates for pretrial conference and trial before the Honorable District Judge Jennifer

2    L. Thurston.  In the event the parties no longer estimate trial of the case will require five to six days,

3    the parties shall include in the joint status report their estimations of trial length.

4    IT IS SO ORDERED.

5    Dated:    **February 2, 2023**

6                                                           UNITED STATES MAGISTRATE JUDGE